Opinion filed December 2,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00214-CV

                                                    __________

 

                          IN
THE INTEREST OF B.J.R.T., A CHILD



 

                                   On
Appeal from the 70th District Court 

 

                                                             Ector
County, Texas

 

                                                  Trial
Court Cause No. A-125,918  

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states that
the parties have come to an agreement and that he no longer desires to pursue
the appeal.  The motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

 

December 2, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.